**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| HILDENE CAPITAL MANAGEMENT, LLC, on behalf of itself and all others similarly situated, | : : : : |
| Plaintiff, | : : |
| -against- | : : |
| AMERICAN BANKERS ASSOCIATION, FACTSET RESEARCH SYSTEMS INC., and S&P GLOBAL, INC., | : : : : |
| Defendants. | : : |

Case No. 1:22-cv-1929-KPF [Rel. 22-cv-1860]

------------------------------------------------------------x

## **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedures 7.1 and to enable District and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the American Bankers Association (a private non-governmental party) certifies as follows:

1.　The American Bankers Association is a non-profit corporation. The American Bankers Association has no parent company and issues no stock.

<table>
<tr><td>Dated: April 1, 2022<br>New York, NY</td><td>Respectfully submitted,<br><br>JONES DAY<br><br>/s/ Alexander V. Maugeri<br><br>By:  David C. Kiernan (*Pro Hac Vice* pending)<br>JONES DAY<br>555 California Street 26th Floor<br>San Francisco, California  94104<br>Tel:  (415) 875-5745<br>Fax:  (415) 875-5700<br>dkiernan@jonesday.com<br><br>Michelle Fischer (*Pro Hac Vice* pending)<br>JONES DAY<br>901 Lakeside Ave.<br>Cleveland, Ohio 44114-1190<br>Tel: (216) 586-7096<br>Fax: (216) 579-0212<br>mfischer@jonesday.com<br><br>Alexander V. Maugeri<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281-1047<br>Tel: (212) 326-3939<br>Fax: (212) 755-7306<br>amaugeri@jonesday.com<br><br>*Counsel for American Bankers Association*</td></tr>
</table>