

July 25, 2022

*By ECF*
The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re:    *Dinosaur Financial Group LLC et al. v. CUSIP Global Services et al.*, 22 Civ. 1860 (KPF) ("*Dinosaur*"); *Hildene Capital Management, LLC v. American Bankers Association et al.*, 22 Civ. 1929 (KPF) ("*Hildene*")

Dear Judge Failla:

   We represent the Plaintiffs in the above-referenced matters and write pursuant to the Court's July 11, 2022 Order (Dinosaur Dkt. 65; Hildene Dkt. 51) to inform the Court of the result of our private discussions on the appointment of interim class counsel for the consolidated action. We are pleased to report that counsel have reached an agreement through private ordering and request that the Court appoint Wollmuth Maher & Deutsch LLP, Competition Law Partners PLLC and Kaplan Fox & Kilsheimer LLP to jointly serve as interim class counsel for the above-referenced consolidated matter.

   We are prepared to submit a proposed order for your Honor's approval or proceed otherwise as your Honor directs.

   Respectfully submitted,

/s/ *David H. Wollmuth*
David H. Wollmuth
R. Scott Thompson
Ronald J. Aranoff
Ryan A. Kane
Grant J. Bercari
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, New York 10110
Telephone: (212) 382-3300
Email: dwollmuth@wmd-law.com
sthompson@wmd-law.com
raranoff@wmd-law.com
rkane@wmd-law.com
gbercari@wmd-law.com

*/s/ Leiv Blad*
Leiv Blad
Jeffrey Blumenfeld *pro hac vice*
Meg Slachetka
COMPETITION LAW PARTNERS PLLC
1101 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 742-4300
Email: leiv@competitionlawpartners.com
jeff@competitionlawpartners.com
meg@competitionlawpartners.com

<u>/s/ *Robert N. Kaplan*</u>
Robert N. Kaplan
Frederic S. Fox
Gregory K. Arenson
Donald R. Hall
KAPLAN FOX & KILSHEIMER LLP
850 Third Ave., 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
ffox@kaplanfox.com
garenson@kaplanfox.com
dhall@kaplanfox.com

cc:     All Counsel (via ECF)