December 5, 2022

**By ECF**
The Honorable Katherine Polk Failla
United States District Court
for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 618
New York, New York 10007

Re: *Dinosaur Financial Grp. LLC et al. v. S&P Global, Inc. et al.*, 22 Civ. 1860 (KPF); *Hildene Capital Management, LLC v. American Bankers Association et al.*, 22 Civ. 1929 (KPF)

**Subject: Joint Proposed Schedule for Amended Complaint and Motion to Dismiss**

Dear Judge Failla:

In accordance with the Court's directions at the November 17, 2022 court conference, the parties have met and conferred and agreed upon a schedule for plaintiffs to file an amended complaint and for defendants' joint motion to dismiss, as well as suggested page limits for the briefing on the motion to dismiss. Subject to the Court's approval, the parties have agreed to the following schedule:

- Plaintiffs file amended complaint by **December 21, 2022**

- Defendants file joint motion to dismiss not to exceed 35 pages by **February 14, 2023**

- Plaintiffs file opposition to joint motion to dismiss not to exceed 35 pages by **April 3, 2023**

- Defendants file reply in support of joint motion to dismiss not to exceed 17 pages by **April 27, 2023**.

Respectfully Submitted,

WOLLMUTH MAHER & DEUTSCH LLP

By: */s/ Ronald J. Aranoff*
    David H. Wollmuth
    R. Scott Thompson
    Ronald J. Aranoff
    Ryan A. Kane
    500 Fifth Avenue, 12th Floor
    New York, New York 10110
    Telephone: (212) 382-3300
    dwollmuth@wmd-law.com
    sthompson@wmd-law.com
    raranoff@wmd-law.com
    rkane@wmd-law.com

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Eric J. Stock*
    Eric J. Stock
    Alexander H. Southwell
    200 Park Avenue, 47th Floor
    New York, New York 10166
    Telephone: (212) 351-2301
    estock@gibsondunn.com
    asouthwell@gibsondunn.com

    *Counsel for Defendant S&P Global*

COMPETITION LAW PARTNERS PLLC

By: */s/ Leiv Blad*
    Leiv Blad
    Jeffrey Blumenfeld
    Meg Slachetka
    1101 Pennsylvania Avenue, NW
    Washington, DC 20004
    Telephone: (202) 742-4300
    leiv@competitionlawpartners.com
    jeff@competitionlawpartners.com
    meg@competitionlawpartners.com

KAPLAN FOX & KILSHEIMER LLP

By: */s/ Robert N. Kaplan*
    Robert N. Kaplan
    Gregory K. Arenson
    Elana Katcher
    850 Third Avenue, 14th Floor
    New York, NY 10022
    Telephone: (212) 687-1980
    rkaplan@kaplanfox.com
    garenson@kaplanfox.com
    ekatcher@kaplanfox.com

*Interim Class Counsel for Plaintiffs*

JONES DAY LLP

By: */s/ David C. Kiernan*
    David C. Kiernan
    555 California Street, 26th Floor
    San Francisco, California 94104
    Telephone: (415) 875-5745
    dkiernan@jonesday.com

    Michelle Fischer (Pro Hac Vice)
    901 Lakeside Avenue
    Cleveland, Ohio 44114
    Telephone: (216) 586-7096
    mfischer@jonesday.com

    Alexander V. Maugeri
    250 Vesey Street
    New York, New York 10281
    Telephone: (212) 326-3939
    amaugeri@jonesday.com

*Counsel for Defendant American Bankers Association*

CONSTANTINE CANNON LLP

By: */s/ Jeffrey I. Shinder*
    Jeffrey I. Shinder
    Ethan E. Litwin
    335 Madison Avenue 9th Floor
    New York, New York 10017
    Telephone: (212) 350-2700
    jshinder@constantinecannon.com
    elitwin@constantinecannon.com

    W. Stephen Cannon
    Seth D. Greenstein
    1001 Pennsylvania Avenue NW, 1300N
    Washington, D.C. 20004
    Telephone: (202) 204-3500
    scannon@constantinecannon.com
    sgreenstein@constantinecannon.com

*Counsel for Defendant FactSet Research Systems Inc.*