December 5, 2022

**By ECF**
The Honorable Katherine Polk Failla
United States District Court
for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 618
New York, New York 10007



Re: *Dinosaur Financial Grp. LLC et al. v. S&P Global, Inc. et al.*, 22 Civ. 1860 (KPF); *Hildene Capital Management, LLC v. American Bankers Association et al.*, 22 Civ. 1929 (KPF)

**Subject: Joint Proposed Schedule for Amended Complaint and Motion to Dismiss**

Dear Judge Failla:

In accordance with the Court's directions at the November 17, 2022 court conference, the parties have met and conferred and agreed upon a schedule for plaintiffs to file an amended complaint and for defendants' joint motion to dismiss, as well as suggested page limits for the briefing on the motion to dismiss. Subject to the Court's approval, the parties have agreed to the following schedule:

- Plaintiffs file amended complaint by **December 21, 2022**

- Defendants file joint motion to dismiss not to exceed 35 pages by **February 14, 2023**

- Plaintiffs file opposition to joint motion to dismiss not to exceed 35 pages by **April 3, 2023**

- Defendants file reply in support of joint motion to dismiss not to exceed 17 pages by **April 27, 2023**.

Respectfully Submitted,

WOLLMUTH MAHER & DEUTSCH LLP

By: */s/ Ronald J. Aranoff*
    David H. Wollmuth
    R. Scott Thompson
    Ronald J. Aranoff
    Ryan A. Kane
    500 Fifth Avenue, 12th Floor
    New York, New York 10110
    Telephone: (212) 382-3300
    dwollmuth@wmd-law.com
    sthompson@wmd-law.com
    raranoff@wmd-law.com
    rkane@wmd-law.com

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Eric J. Stock*
    Eric J. Stock
    Alexander H. Southwell
    200 Park Avenue, 47th Floor
    New York, New York 10166
    Telephone: (212) 351-2301
    estock@gibsondunn.com
    asouthwell@gibsondunn.com

*Counsel for Defendant S&P Global*

COMPETITION LAW PARTNERS PLLC

By: */s/ Leiv Blad*
  Leiv Blad
  Jeffrey Blumenfeld
  Meg Slachetka
  1101 Pennsylvania Avenue, NW
  Washington, DC 20004
  Telephone: (202) 742-4300
  leiv@competitionlawpartners.com
  jeff@competitionlawpartners.com
  meg@competitionlawpartners.com

KAPLAN FOX & KILSHEIMER LLP

By: */s/ Robert N. Kaplan*
  Robert N. Kaplan
  Gregory K. Arenson
  Elana Katcher
  850 Third Avenue, 14th Floor
  New York, NY 10022
  Telephone: (212) 687-1980
  rkaplan@kaplanfox.com
  garenson@kaplanfox.com
  ekatcher@kaplanfox.com

*Interim Class Counsel for Plaintiffs*

JONES DAY LLP

By: */s/ David C. Kiernan*
  David C. Kiernan
  555 California Street, 26th Floor
  San Francisco, California 94104
  Telephone: (415) 875-5745
  dkiernan@jonesday.com

  Michelle Fischer (Pro Hac Vice)
  901 Lakeside Avenue
  Cleveland, Ohio 44114
  Telephone: (216) 586-7096
  mfischer@jonesday.com

  Alexander V. Maugeri
  250 Vesey Street
  New York, New York 10281
  Telephone: (212) 326-3939
  amaugeri@jonesday.com

*Counsel for Defendant American Bankers Association*

CONSTANTINE CANNON LLP

By: */s/ Jeffrey I. Shinder*
  Jeffrey I. Shinder
  Ethan E. Litwin
  335 Madison Avenue 9th Floor
  New York, New York 10017
  Telephone: (212) 350-2700
  jshinder@constantinecannon.com
  elitwin@constantinecannon.com

  W. Stephen Cannon
  Seth D. Greenstein
  1001 Pennsylvania Avenue NW, 1300N
  Washington, D.C. 20004
  Telephone: (202) 204-3500
  scannon@constantinecannon.com
  sgreenstein@constantinecannon.com

*Counsel for Defendant FactSet Research Systems Inc.*

Application GRANTED.  The parties shall follow the amendment and briefing schedule set forth above.  In light of the parties requesting to file over-length briefs, the Court expects that the parties will strictly adhere to the above page limits.

The Clerk of Court is directed to also file this endorsement also in 22 Civ. 1929.

Dated:     December 5, 2022       SO ORDERED.
       New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE