UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
HILDENE CAPITAL MANAGEMENT, LLC, on behalf of itself and all others similarly situated,

     Plaintiff,

 -against-

AMERICAN BANKERS ASSOCIATION, FACTSET RESEARCH SYSTEMS INC., and S&P GLOBAL, INC.,

     Defendants.
-----------------------------------------------------------x

Case No.: 1:22-cv-1929-KPF [Rel. 22-cv-1860]

## NOTICE OF APPEARANCE

 PLEASE TAKE NOTICE that Amanda L. Dollinger of Jones Day, with offices located at 250 Vesey Street, New York, New York 10281, hereby appears on behalf of Defendant the American Bankers Association.

 I hereby certify that I am admitted to practice before this Court.

Dated: February 13, 2023
   New York, NY

Respectfully submitted,

/s/  *Amanda L. Dollinger*
Amanda L. Dollinger
JONES DAY
250 Vesey Street
New York, NY 10281-1047
Tel:  (212) 326-3939
Fax:  (212) 755-7306
adollinger@jonesday.com

*Counsel for American Bankers Association*