UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
DINOSAUR FINANCIAL GROUP LLC,
HILDENE CAPITAL MANAGEMENT,
LLC and SWISS LIFE INVESTMENT
MANAGEMENT HOLDING AG, on behalf
of themselves and all others similarly
situated,

      Plaintiffs,

  -against-

S&P GLOBAL, INC., AMERICAN
BANKERS ASSOCIATION, and FACTSET
RESEARCH SYSTEMS INC.,

      Defendants.
------------------------------------------------------- X

Case Nos. 1:22-cv-1860-KPF,
1:22-cv-1929-KPF

## DEFENDANTS' NOTICE OF MOTION TO DISMISS
## SECOND AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying (i) Memorandum of Law in support of Defendants' Motion to Dismiss Second Amended Class Action Complaint and (ii) the Declaration of Alexander V. Maugeri and its accompanying exhibits, Defendants S&P Global, Inc., American Bankers Association, and FactSet Research Systems Inc., by and through their undersigned counsel, will move this Court, before the Honorable Katherine P. Failla, United States District Judge, as soon as counsel can be heard, for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), dismissing with prejudice Plaintiffs' Second Amended Class Action Complaint together with such other and further relief as the Court deems just and proper.

Dated: February 14, 2023

Respectfully submitted,

| | | |
|---|---|---|
| */s/ Eric J. Stock* | */s/ Jeffrey Shinder* | */s/ David Kiernan* |
| Eric J. Stock | Jeffrey I. Shinder | JONES DAY |
| Alexander H. Southwell | CONSTANTINE CANNON LLP | David C. Kiernan (*pro hac vice*) |
| Esther Lifshitz | 335 Madison Avenue, Fl. 9 | Craig E. Stewart (*pro hac vice* forthcoming) |
| GIBSON, DUNN & CRUTCHER LLP | New York, NY 10017 | 555 California Street, 26th Fl. |
| 200 Park Avenue | Tel.: (212) 350-2700 | San Francisco, CA 94104 |
| New York, NY 10166 | Fax: (212) 350-2701 | Tel.: (415) 626-3939 |
| Tel.: (212) 351-2301 | jshinder@constantinecannon.com | Fax: (415) 875-5700 |
| Fax: (212) 716-0801 | | dkiernan@jonesday.com |
| estock@gibsondunn.com | W. Stephen Cannon | cestewart@jonesday.com |
| asouthwell@gibsondunn.com | Seth D. Greenstein | |
| elifshitz@gibsondunn.com | James J. Kovacs | Michelle K. Fischer (*pro hac vice*) |
| | CONSTANTINE CANNON LLP | 901 Lakeside Avenue |
| *Attorneys for Defendant S&P Global Inc.* | 1001 Pennsylvania Ave., NW 1300N | Cleveland, OH 44114 |
| | Washington, D.C. 20004 | Tel.: (216) 586-3939 |
| | Tel.: (202) 204-3500 | Fax: (216) 579-0212 |
| | Fax: (202) 204-3501 | mfischer@jonesday.com |
| | scannon@constantinecannon.com | |
| | sgreenstein@constantinecannon.com | Alexander V. Maugeri |
| | jkovacs@constantinecannon.com | Amanda L. Dollinger |
| | | 250 Vesey Street |
| | *Attorneys for Defendant FactSet Research Systems, Inc.* | New York, NY 10281 |
| | | Tel.: (212) 326-3939 |
| | | Fax: (212) 755-7306 |
| | | amaugeri@jonesday.com |
| | | adollinger@jonesday.com |
| | | |
| | | *Attorneys for Defendant American Bankers Association* |