February 14, 2023

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov



Re:   *Dinosaur Financial Group v. S&P Global*, Case Nos. 1:22-cv-1860-KPF, 1:22-cv-1929-KPF

Dear Judge Failla:

We write on behalf of all Defendants in the above-captioned matters pursuant to Rule 4(E) of Your Honor's Individual Rules of Practice in Civil Cases to request oral argument concerning Defendants' Joint Motion to Dismiss the Second Amended Class Action Complaint, which was filed earlier today.

Respectfully submitted,

| /s/ Eric J. Stock | /s/ Jeffrey Shinder | /s/ David Kiernan |
|---|---|---|
| Eric J. Stock | Jeffrey I. Shinder | David C. Kiernan |
| GIBSON, DUNN & CRUTCHER LLP | Constantine Cannon LLP | JONES DAY |
| 200 Park Avenue, 47th Fl. | 335 Madison Avenue, Fl. 9 | 555 California Street, 26th Fl. |
| New York, NY 10166 | New York, NY 10017 | San Francisco, CA 94104 |
| Tel.: (212) 351-2301 | Tel.: (212) 350-2700 | Tel.: (415) 626-3939 |
| Fax: (212) 716-0801 | Fax: (212) 350-2701 | Fax: (415) 875-5700 |
| estock@gibsondunn.com | jshinder@constantinecannon.com | dkiernan@jonesday.com |
| Attorneys for Defendant S&P Global Inc. | Attorneys for Defendant FactSet Research Sys., Inc. | Attorneys for Defendant American Bankers Association |

```
If the Court finds that oral argument on Defendants' motion to dismiss
is warranted, it will apprise the parties promptly.

The Clerk of Court is directed to terminate the pending motion at
docket entry 94, to also docket this endorsement in 22 Civ. 1929, and
to terminate the pending motion at docket entry 78 in 22 Civ. 1929.

                                         SO ORDERED.

Dated:    February 15, 2023
          New York, New York

                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE
```