

February 28, 2023

**By ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

Re:     *Dinosaur Financial Group LLC et al. v. S&P Global Inc. et al.*, 22 Civ. 1860 (KPF)
        ("*Dinosaur*"); *Hildene Capital Management, LLC v. American Bankers Association et al.*,
        22 Civ. 1929 (KPF) ("*Hildene*")

Dear Judge Failla:

        We represent the Plaintiffs in the above referenced actions and write with the consent of
all parties. On June 29, 2022, the Court consolidated the *Dinosaur* and *Hildene* actions (*Dinosaur*
ECF 61). Notwithstanding consolidation, and in an abundance of caution, the parties have thus far
been filing all papers (*e.g.*, the Second Amended Complaint and the recently filed Motion to
Dismiss the Second Amended Complaint) on both the *Dinosaur* and *Hildene* dockets. For purposes
of efficiency for both the Court and the parties, the parties jointly request that they be permitted to
make all future filings only on the *Dinosaur* docket so that identical papers need not be filed twice.

        Respectfully submitted,

/s/ *Ronald J. Aranoff*                                    /s/ *Leiv Blad*
David H. Wollmuth                                          Leiv Blad
R. Scott Thompson                                          Jeffrey Blumenfeld
Ronald J. Aranoff                                          Meg Slachetka
Ryan A. Kane                                               COMPETITION LAW PARTNERS PLLC
WOLLMUTH MAHER & DEUTSCH LLP                               1101 Pennsylvania Avenue, NW
500 Fifth Avenue, 12th Floor                               Washington, DC  20004
New York, New York 10110                                   Telephone: (202) 742-4300
Telephone: (212) 382-3300                                  Email: leiv@competitionlawpartners.com
Email: dwollmuth@wmd-law.com                               jeff@competitionlawpartners.com
sthompson@wmd-law.com                                      meg@competitionlawpartners.com
raranoff@wmd-law.com
rkane@wmd-law.com                                          /s/ *Robert N. Kaplan*
                                                           Robert N. Kaplan
                                                           Gregory K. Arenson
                                                           Elana Katcher
                                                           KAPLAN FOX & KILSHEIMER LLP
                                                           850 Third Ave., 14th Floor

The Honorable Katherine Polk Failla
Page 2 of 2

New York, NY 10022
Telephone: (212) 687-1980
Email: rkaplan@kaplanfox.com
garenson@kaplanfox.com
ekatcher@kaplanfox.com