

February 28, 2023

**By ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



Re: *Dinosaur Financial Group LLC et al. v. S&P Global Inc. et al.*, 22 Civ. 1860 (KPF) ("*Dinosaur*"); *Hildene Capital Management, LLC v. American Bankers Association et al.*, 22 Civ. 1929 (KPF) ("*Hildene*")

Dear Judge Failla:

We represent the Plaintiffs in the above referenced actions and write with the consent of all parties. On June 29, 2022, the Court consolidated the *Dinosaur* and *Hildene* actions (*Dinosaur* ECF 61). Notwithstanding consolidation, and in an abundance of caution, the parties have thus far been filing all papers (*e.g.*, the Second Amended Complaint and the recently filed Motion to Dismiss the Second Amended Complaint) on both the *Dinosaur* and *Hildene* dockets. For purposes of efficiency for both the Court and the parties, the parties jointly request that they be permitted to make all future filings only on the *Dinosaur* docket so that identical papers need not be filed twice.

Respectfully submitted,

| | |
|---|---|
| /s/ Ronald J. Aranoff | /s/ Leiv Blad |
| David H. Wollmuth | Leiv Blad |
| R. Scott Thompson | Jeffrey Blumenfeld |
| Ronald J. Aranoff | Meg Slachetka |
| Ryan A. Kane | COMPETITION LAW PARTNERS PLLC |
| WOLLMUTH MAHER & DEUTSCH LLP | 1101 Pennsylvania Avenue, NW |
| 500 Fifth Avenue, 12th Floor | Washington, DC 20004 |
| New York, New York 10110 | Telephone: (202) 742-4300 |
| Telephone: (212) 382-3300 | Email: leiv@competitionlawpartners.com |
| Email: dwollmuth@wmd-law.com | jeff@competitionlawpartners.com |
| sthompson@wmd-law.com | meg@competitionlawpartners.com |
| raranoff@wmd-law.com | |
| rkane@wmd-law.com | /s/ Robert N. Kaplan |
| | Robert N. Kaplan |
| | Gregory K. Arenson |
| | Elana Katcher |
| | KAPLAN FOX & KILSHEIMER LLP |
| | 850 Third Ave., 14th Floor |

New York, NY 10022\
Telephone: (212) 687-1980\
Email: rkaplan@kaplanfox.com\
garenson@kaplanfox.com\
ekatcher@kaplanfox.com

```
Application GRANTED.  The parties are permitted to file documents on only
the Dinosaur docket.

Dated:    March 1, 2023                SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA\
UNITED STATES DISTRICT JUDGE