February 24, 2025

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov



Re: *Dinosaur Financial Group v. S&P Global*, Case Nos. 1:22-cv-1860-KPF, 1:22-cv-1929-KPF

Dear Judge Failla:

Defendants respectfully request leave from the Court to submit the attached two-page letter, Exhibit A, in support of its request for a pre-motion conference in order to highlight certain critical issues with Plaintiffs' February 21, 2024 letter in opposition to that request. Defendants are concerned (1) by certain misstatements in Plaintiffs' letter, and (2) that Plaintiffs' description of its purported Class expansion in their letter is at odds with their prior statements to Defendants regarding that expanded Class. Defendants feel it is important to identify these problems for the Court before it issues a ruling on Defendants' request.

Respectfully submitted,

| */s/ Eric J. Stock* | */s/ Jeffrey Shinder* | */s/ David Kiernan* |
|---|---|---|
| Eric J. Stock | Jeffrey I. Shinder | David C. Kiernan |
| GIBSON, DUNN & CRUTCHER LLP | SHINDER CANTOR LERNER | JONES DAY |
| 200 Park Avenue, 47th Fl. | 14 Penn Plaza, Suite 1900 | 555 California Street, 26th Fl. |
| New York, NY 10166 | New York, NY 10122 | San Francisco, CA 94104 |
| Tel.: (212) 351-2301 | Tel.: (646) 960-8601 | Tel.: (415) 626-3939 |
| Fax: (212) 716-0801 | jeffrey@scl-llp.com | Fax: (415) 875-5700 |
| estock@gibsondunn.com | | dkiernan@jonesday.com |
| | | |
| Attorneys for Defendant S&P Global Inc. | Attorneys for Defendant FactSet Research Sys., Inc. | Attorneys for Defendant American Bankers Association |

1

The Court is in receipt of Defendants' letter in further support of their request for a pre-motion conference. (Dkt. #177). The Court will reserve judgment on whether it will consider Defendants' supplemental submission. However, the Court wishes to make clear at this time that no further submissions will be accepted from the parties, absent an order from the Court.

Dated:    February 25, 2025          SO ORDERED.
          New York, New York

                                     *Katherine Polk Failla*

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE